THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* )
DEBRA J. LINDERMAN and )
DAN A. LINDERMAN )
6102 Kearney Avenue )
Lincoln, NE 68507 )
 )
and )
 )
DIANE M. PETRY )
7335 Pioneers Boulevard, No. 210 )
Lincoln, NE 68506 )  CIVIL ACTION NO. 1:07CV00391 CKK
 )
      Plaintiffs, )
 )
      vs. )
 )
ELI LILLY AND COMPANY )
Lilly Corporate Center )
Indianapolis, IN 46285 )
 )
      Defendant. )
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: March 7, 2007

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

 /s/ John Chadwick Coots
John Chadwick Coots, DC Bar No. 461979
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

138222v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 7th day of March, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

    /s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**