THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * * )
DEBRA J. LINDERMAN and                            )
DAN A. LINDERMAN                                  )
6102 Kearney Avenue                               )
Lincoln, NE 68507                                 )
                                                  )
and                                               )
                                                  )
DIANE M. PETRY                                    )
7335 Pioneers Boulevard, No. 210                  )
Lincoln, NE 68506                                 )   CIVIL ACTION NO. 1:07CV00391 CKK
                                                  )
          Plaintiffs,                             )
                                                  )
              vs.                                 )
                                                  )
ELI LILLY AND COMPANY                             )
Lilly Corporate Center                            )
Indianapolis, IN 46285                            )
                                                  )
                     Defendant..                  )
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: March 7, 2007              Respectfully Submitted,

                                  SHOOK, HARDY & BACON, L.L.P.

                                  /s/ Michelle R. Mangrum
                                  Michelle R. Mangrum, DC Bar No. 473634
                                  600 14th Street, N.W., Suite 800
                                  Washington, D.C. 20005-2004
                                  (202) 783-8400 Telephone
                                  (202) 783-4211 Facsimile

                                  **ATTORNEYS FOR DEFENDANT
                                  ELI LILLY AND COMPANY**

138221v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 7th day of March, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

/s/ Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

- 2 -

138221v1