THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * )
DEBRA J. LINDERMAN and                          )
DAN A. LINDERMAN                                )
6102 Kearney Avenue                             )
Lincoln, NE 68507                               )
                                                )
and                                             )
                                                )
DIANE M. PETRY                                  )
7335 Pioneers Boulevard, No. 210                )
Lincoln, NE 68506                               )   CIVIL ACTION NO. 1:07CV00391 CKK
                                                )
        Plaintiffs,                             )
                                                )
                vs.                             )
                                                )
ELI LILLY AND COMPANY                           )
Lilly Corporate Center                          )
Indianapolis, IN 46285                          )
                                                )
                        Defendant.              )
* * * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: March 7, 2007

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Emily J. Laird
Emily J. Laird, DC Bar No. 485890
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

138220v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 7th day of March, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036
**Attorneys for Plaintiff**

    /s/ Emily J. Laird
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

- 2 -

138220v1