IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBRA J. LINDERMAN, et al.,            ]
                                        ]
         Plaintiffs,                    ]
                                        ]
v.                                      ]  Civil Action No.: 07-cv-00391 (CKK)
                                        ]  Next Event: Initial Scheduling Conference
ELI LILLY AND COMPANY,                  ]           on April 25, 2007 at 11:45 a.m.
                                        ]
         Defendant.                     ]

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO:   The Clerk of the Court

The Clerk will note the above-captioned case as dismissed WITHOUT prejudice as to sole Defendant Eli Lilly and Company.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

/s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC 20036
202-833-8040 Fax: 202-833-8046

Counsel for Plaintiffs

SHOOK, HARDY & BACON, L.L.P.

/s/ Emily J. Laird (by permission-rm
EMILY J. LAIRD, #485890
600 14th Street, N.W., Suite 800
Washington, DC 20005-2004
202-783-8400; Fax: 202-783-4211

and

David W. Brooks, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550; Fax: 816-421-5547

Counsel for Defendant Eli Lilly and Company

Approved this  10th  day of  April , 2007.

COLLEEN KOLLAR-KOTELLY
United States District Judge